# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 5, 2021

## NO. 03-18-00790-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**El Paso Electric Company, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES GOODWIN, BAKER,
TRIANA, KELLY, AND SMITH
AFFIRMED ON MOTION FOR RECONSIDERATION EN BANC --
OPINION BY JUSTICE GOODWIN;
DISSENTING OPINION BY JUSTICE KELLY, JOINED BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on November 5, 2018. The Court's opinion, dissenting opinion, and judgment dated August 13, 2020 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.